

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Eleni Sakalis<br>    Debtor | Chapter 13<br>Case No. 24-10425-CJP |
| Eleni Sakalis<br>    Plaintiff,<br><br>v.<br><br>Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3<br>    Defendant. | Adversary Proceeding<br>No. 24-01021-CJP |

## PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
Hybrid Hearing on #2 Plaintiff's Expedited Motion for Preliminary Injunction.

**Decision set forth more fully as follows:**

HEARING HELD ON MARCH 14, 2024 REGARDING THE MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 2] (THE "MOTION") FILED BY THE PLAINTIFF ELENI SAKALIS AND CONTINUED TO APRIL 11, 2024 AT 11:30 A.M. (PLEASE NOTE THE TIME CHANGE FOR THE CONTINUED HEARING FROM THE 10:00 A.M. TIME ANNOUNCED AT THE INITIAL HEARING).

THE PARTIES AGREED ON THE RECORD THAT NO FURTHER STEPS WILL BE TAKEN BY THE DEFENDANT TO CLOSE OR RECORD UNTIL ENTRY OF A FURTHER ORDER OF THE COURT AFTER A CONTINUED HEARING HAS BEEN CONDUCTED.

THE CONTINUED HEARING IS SCHEDULED FOR COURTROOM 1, 12TH FLOOR, JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, BOSTON, MASSACHUSETTS 02109, WITH AN OPTION TO APPEAR BY ZOOM VIDEO. TO OBTAIN THE ZOOM VIDEO ACCESS INFORMATION FOR THE HEARING, PARTIES IN INTEREST SHOULD EMAIL THE COURTROOM DEPUTY AT CJP_COURTROOM_DEPUTY@MAB.USCOURTS.GOV BY APRIL 10, 2024 AT 4:00 P.M., PROVIDING THE CONTACT INFORMATION FOR THE PARTY SEEKING TO APPEAR BY VIDEO.

WRITTEN OBJECTIONS TO THE MOTION SHALL BE FILED BY APRIL 10, 2024 AT 12:00 P.M.

THE PLAINTIFF SHALL SERVE NOTICE OF THE HEARING ON ALL PARTIES ENTITLED TO NOTICE AND SHALL FILE A CERTIFICATE OF SERVICE FORTHWITH.

Dated: 03/27/2024

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge